\*E-FILED 11-14-2011\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OANH DANG and DIEP DANG, | No. C11-05036 HRL |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| SELENE FINANCE, LP; CARTER NICHOLAS; CITIMORTGAGE, INC.; FIDELITY NATIONAL TITLE COMPANY; DEFALT R.N.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | |
| Defendants. | |

The parties are reminded that this case has been assigned to the undersigned magistrate judge. No later than **November 23, 2011**, each party that has not already done so shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov. Each party is free to decline to proceed before a magistrate judge and to request reassignment to a district judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

SO ORDERED.

Dated: November 14, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05036-HRL Notice has been electronically mailed to:

Marvin Belo Adviento    marvin.adviento@wolffirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-05036-HRL Notice sent by U.S. Mail to:

Oanh Dang
3315 San Felipe Road #38
San Jose, CA 95135

Diep Dang
3315 San Felipe Road #38
San Jose, CA 95135

     Pro Se Plaintiffs