*E-FILED 11-30-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OANH DANG and DIEP DANG, | No. C11-05036 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| SELENE FINANCE, LP; CARTER NICHOLAS; CITIMORTGAGE, INC.; FIDELITY NATIONAL TITLE COMPANY; DEFALT R.N.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | |
| Defendants. | |

Defendants have moved to dismiss the complaint. Pursuant to court order, no later than November 23, 2011, each party was to have filed either a consent or declination to proceed before a United States Magistrate Judge. (See Dkt. No. 7). Plaintiffs still have not yet done so. Because not all parties have consented to proceed before a Magistrate, the undersigned lacks jurisdiction to hear defendants' motion. See 28 U.S.C. § 636. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. The noticed January 3, 2012 motion hearing is vacated.

SO ORDERED.

Dated: November 30, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05036-HRL Notice has been electronically mailed to:

Marvin Belo Adviento    marvin.adviento@wolffirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-05036-HRL Notice sent by U.S. Mail to:

Oanh Dang
3315 San Felipe Road #38
San Jose, CA 95135

Diep Dang
3315 San Felipe Road #38
San Jose, CA 95135

      Pro Se Plaintiffs

2